DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROANNIL LEE FENTRESS, II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0207

_____

November 5, 2025

Appeal from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Blair Allen, Public Defender, and Joanna Beth Conner, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.